IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                  11-MJ-

LUIS A. RIVERA a/k/a Chanto,

                Defendant.           **INFORMATION**
                                        (21 U.S.C. § 844 (a))

---

## COUNT 1

**The United States Attorney Charges**:

Between in or about December 2005, and on or about April 7, 2006, in the Western District of New York, the defendant, LUIS A. RIVERA a/k/a Chanto, did knowingly, intentionally and unlawfully possess a mixture and substance containing cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Section 844 (a).**

DATED: Rochester, New York, April 18, 2011.

                                        WILLIAM J. HOCHUL, JR.
                                        United States Attorney

                        BY:    s/Brett A. Harvey
                               BRETT A. HARVEY
                               Assistant United States Attorney
                               United States Attorney's Office
                               Western District of New York
                               100 State Street, Suite 500
                               Rochester, New York 14614
                               (585) 263-6760, ext. 2249
                               Brett.Harvey@usdoj.gov