Case 6:11-mj-00556-JWF   Document 3   Filed 04/18/11   Page 1 of 1
AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

FILED
APR 18 2011
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LUIS A. RIVERA | ) | Case No.    11mj556 |
| a/k/a Chanto | ) | |
| *Defendant* | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver: _____

*Government representative's signature*

Jennifer Noto, AUSA for
Everardo Rodriguez, AUSA

*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

Jeffrey Wicks, Esq.
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*
Jeffrey Wicks

Date:   April 18, 2011          Approved by: _____
*Magistrate Judge's signature*