<mark>Case 6:11-mj-00556-JWF   Document 5   Filed 05/04/11   Page 1 of 1</mark>

AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
### for the
### Western District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.    11mj556 |
| LUIS A. RIVERA ) | |
| *Defendant* ) | |

*FILED MAY 04 2011 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X *Luis Rivera*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X *Luis Rivera*
*Defendant's signature*

The United States consents to the jury-trial waiver:  *Brett H.*
*Government representative's signature*

Brett Harvey, Assistant US Attorney
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X *Luis Rivera*
*Defendant's signature*

| | |
|---|---|
| Jeffrey Wicks, Esq. | *[signature]* |
| *Printed name of defendant's attorney (if any)* | *Signature of defendant's attorney (if any)* |

Date: May 4, 2011    Approved by: *[signature]*
*Magistrate Judge's signature*