IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,      Case No.: 11-mj-0556 JWF

  vs.

LUIS A. RIVERA, aka Chanto,

        Defendant.

## NOTICE OF APPEARANCE

**TO:**  **Clerk of the United States District Court for the Western District of New York**

You are hereby requested to remove Everardo A. Rodriguez as counsel for the plaintiff in the above-entitled action and enter my appearance as counsel.

**DATED:**  Rochester, New York
        May 10, 2011

                WILLIAM J. HOCHUL, JR.
                United States Attorney

        BY:  s/Brett A. Harvey
               Brett A. Harvey
               Assistant United States Attorney
               United States Attorney's Office
               Western District of New York
               100 State Street, Room 500
               Rochester, New York 14614
               (585) 263-6760  Ext. 2249